United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 21-51148-KMS

Justin Virgil

Chapter 13

Brittany A. Townes

Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6       User: mssbad       Page 1 of 2

Date Rcvd: Mar 24, 2026       Form ID: pdf012       Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Virgil, 137B N Wind Ridge Ln, Purvis, MS 39475-5839 |
| jdb | #+ | Brittany A. Townes, 137B N Wind Ridge Ln, Purvis, MS 39475-5839 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Justin Virgil jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | |

District/off: 0538-6           User: mssbad           Page 2 of 2

Date Rcvd: Mar 24, 2026           Form ID: pdf012           Total Noticed: 2

> on behalf of Joint Debtor Brittany A. Townes jennifer@therollinsfirm.com
> jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

> on behalf of Joint Debtor Brittany A. Townes trollins@therollinsfirm.com
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

> on behalf of Debtor Justin Virgil trollins@therollinsfirm.com
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

> USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    BANKRUPTCY CASE NO.
JUSTIN VIRGIL & BRITTANY A TOWNES                    21-51148 KMS

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#39) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)  The Trustee's Motion to Dismiss is hereby denied.

(B)  The present default in payment into the debtors' plan is deferred, and the plan payments will increase if necessary. Debtors agree to resume making full, regular, timely payments to the Trustee, with the next payment due on or before April 27, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C) The debtors must at all times keep the Trustee fully advised regarding the debtors' home address and the name and address of the debtors' employer.

##END OF ORDER##

SUBMITTED BY:                                         AGREED:


/s/ DAVID RAWLINGS, TRUSTEE                 /s/  THOMAS C. ROLLINS, JR
P.O. BOX 566                                                         Attorney for Debtor
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net