

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 30, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Justin Virgil, Debtors**                                       **Case No. 21-51148-KMS**
         **Brittany A Townes**                                                        **CHAPTER 13**

## ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13
## TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk #

42  ) filed by the Debtors, the Court having considered same, finds that that the relief requested is

appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under

Chapter 13 to Chapter 7 of the Bankruptcy Code.

### ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533