# United States Bankruptcy Court
## Southern District of Mississippi

In re **Justin Virgil**
**Brittany A Townes**

Case No. **21-51148**

Debtor(s)

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **April  1, 2026**

**/s/ Justin Virgil**
**Justin Virgil**
Signature of Debtor

Date: **April  1, 2026**

**/s/ Brittany A Townes**
**Brittany A Townes**
Signature of Debtor

JUSTIN VIRGIL
BRITTANY A TOWNES
137B N WIND RIDGE LN
PURVIS, MS 39475

HOLMES MOTORS
10651 BONEY AVE
DIBERVILLE, MS 39540

THE BREAST CENTER
421 S 28TH AVE #100
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KINUM***
770 LYNNHAVEN PKWY
STE 160
VIRGINIA BEACH, VA 23452

TONI JOHNSON
C/O MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

ALLY FINANCIAL
P.O. BOX 380901
BLOOMINGTON, MN 55438

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240

TOWER LOAN
POB 320001
FLOWOOD, MS 39232

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

MEMORIAL EMERGENCY PHY
P.O. BOX 2080
KILMARNOCK, VA 22482

TRUSTCARE CLINICS***
P.O. BOX 23789
JACKSON, MS 39225

COMPREHENSIVE RAD SERV
PO BOX #16929
TUPELO, MS 38803-3488

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

VERIZON WIRELESS
3 VERIZON PLACE
ALPHARETTA, GA 30004-8510

FINANCE SYSTEM, INC.
32 S 9TH
RICHMOND, IN 47374

NIKKI DANIELS
C/O MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

WOMEN'S PAVILION OF SO
6524 HWY 98 W
HATTIESBURG, MS 39402

FRANKLIN COLLECTION
2978 W JACKSON ST
TUPELO, MS 38803

PARKWEST APARTMENTS
12 PARKPLACE
HATTIESBURG, MS 39402

GULFPORT OBGYN
4502 OLD PASS RD
GULFPORT, MS 39501

PRO COLLECT, INC
12170 N ABRAMS ROAD
DALLAS, TX 75243

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

SOUTH MS COLLECTION
POB 1511
PASCAGOULA, MS 39568