United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 21-51148-KMS
Justin Virgil                                                    Chapter 7
Brittany A. Townes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                    Page 1 of 3
Date Rcvd: Jul 07, 2026                 Form ID: 318                    Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Virgil, 419 Joe Magee Rd, Columbia, MS 39429-8318 |
| jdb | + | Brittany A. Townes, 147 98th Pl Blvd, Apt E119, Hattiesburg, MS 39402-8608 |
| 5049952 | | Comprehensive Rad Serv, PO Box #16929, Tupelo, MS 38803-3488 |
| 5049953 | + | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 5049955 | + | Gulfport OBGYN, 4502 Old Pass Rd, Gulfport, MS 39501-2585 |
| 5049957 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5049959 | + | Memorial Emergency Phy, P.O. Box 2080, Kilmarnock, VA 22482-2080 |
| 5049962 | + | Parkwest Apartments, 12 Parkplace, Hattiesburg, MS 39402-1429 |
| 5049964 | + | South MS Collection, Pob 1511, Pascagoula, MS 39568-1511 |
| 5056148 | + | THE BREAST CENTER, 421 S 28TH AVE #100, HATTIESBURG, MS 39401-7208 |
| 5647248 | + | Trustcare Clinics, P.O. Box 23789, Jackson, MS 39225-3789 |
| 5049968 | | Women's Pavilion of So, 6524 Hwy 98 W, Hattiesburg, MS 39402 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jul 07 2026 23:51:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: bankruptcy@curo.com | Jul 07 2026 19:54:00 | First Heritage C/O Heights Finance Holding CO., P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| 5057484 | + | EDI: AISACG.COM | Jul 07 2026 23:51:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5049950 | + | EDI: GMACFS.COM | Jul 07 2026 23:51:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5049951 | + | EDI: CAPITALONE.COM | Jul 07 2026 23:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5061557 | + | EDI: AIS.COM | Jul 07 2026 23:51:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5099382 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 07 2026 19:54:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5053822 | + | Email/Text: bankruptcy@curo.com | Jul 07 2026 19:54:00 | First Heritage Credit of Mississippi, First Heritage c/o Heights, Finance Holding CO, PO Box 1947, Greenville SC 29602-1947 |
| 5067264 | + | Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5049954 | + | Email/Text: FSBank@franklinservice.com | Jul 07 2026 19:53:00 | Franklin Collection, 2978 W Jackson St, Tupelo, MS 38801-6731 |

District/off: 0538-6                          User: mssbad                              Page 2 of 3

Date Rcvd: Jul 07, 2026                       Form ID: 318                             Total Noticed: 34

| | | | |
|---|---|---|---|
| 5055508 | + Email/Text: kristie.pope@hattiesburgclinic.com | Jul 07 2026 19:54:00 | Hattiesburg Clinic***, 415 South 28th Ave, HATTIESBURG, MS 39401-7283 |
| 5049956 | + Email/Text: kristie.pope@hattiesburgclinic.com | Jul 07 2026 19:54:00 | Hattiesburg Clinic, PA, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5647247 | + Email/Text: admin@kinum.com | Jul 07 2026 19:54:00 | Kinum, 770 Lynnhaven Pkwy, Ste 160, Virginia Beach, VA 23452-7343 |
| 5049958 | Email/Text: govtaudits@labcorp.com | Jul 07 2026 19:53:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5049960 | Email/Text: EBN@Mohela.com | Jul 07 2026 19:53:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5051608 | + Email/Text: Bankruptcy@nslp.org | Jul 07 2026 19:54:00 | Mohela on behalf of NSLP, NSLP, 1300 O Street, Lincoln NE 68508-1511 |
| 5051607 | + Email/Text: ECMCBKNotices@ecmc.org | Jul 07 2026 19:54:00 | Mohela/Ascendium Education Solutions Inc, Ascendium Education Solutions, PO Box 8961, Madison WI 53708-8961 |
| 5049961 | + Email/Text: constance.morrow@mdhs.ms.gov | Jul 07 2026 19:53:00 | Nikki Daniels, c/o MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5049963 | Email/Text: clientinformation@procollect.com | Jul 07 2026 19:53:00 | Pro Collect, Inc, 12170 N Abrams Road, Dallas, TX 75243 |
| 5049966 | Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5049965 | + Email/Text: constance.morrow@mdhs.ms.gov | Jul 07 2026 19:53:00 | Toni Johnson, c/o MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5049967 | EDI: VERIZONCOMB.COM | Jul 07 2026 23:51:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0538-6         User: mssbad         Page 3 of 3

Date Rcvd: Jul 07, 2026         Form ID: 318         Total Noticed: 34

David Rawlings

on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Derek A Henderson T1

trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Jennifer A Curry Calvillo

on behalf of Debtor Justin Virgil jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

on behalf of Joint Debtor Brittany A. Townes jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Brittany A. Townes trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Justin Virgil trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Justin Virgil** | Social Security number or ITIN | **xxx–xx–9825** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brittany A. Townes** | Social Security number or ITIN | **xxx–xx–5647** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–51148–KMS**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Justin Virgil**
aka Justin Lavern Virgil

**Brittany A. Townes**
aka Brittany Anise Townes

Dated: 7/7/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**